UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MATTHEW MUCKEY,

                Plaintiff,

   - against -

ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA,

                Defendants.

Civil Action No.
1:24-cv-03348 (AS)

------------------------------------------------------------------ x

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel appears as Lead Trial Counsel on behalf of defendant ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS, is admitted in this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at sdavis@cwsny.com and ecf@cwsny.com.

Dated:  New York, New York
        May 7, 2024

                                      Respectfully submitted,

                                      */s/ Susan Davis*
                                      Susan Davis
                                      COHEN, WEISS AND SIMON LLP
                                      909 Third Avenue, 12th Floor
                                      New York, New York 10022-4869
                                      (212) 563-4100
                                      sdavis@cwsny.com

                                      *Attorney for Defendant*
                                      *Associated Musicians of Greater New York,*
                                      *Local 802, American Federation of*
                                      *Musicians*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be served through the Court's electronic notification system on counsel for Plaintiff Matthew Muckey, and through first-class mail to the last known address of Defendant The Philharmonic-Symphony Society of New York, Inc. at:

> New York Philharmonic
> David Geffen Hall
> 10 Lincoln Center Plaza
> New York, NY 10023-6970

*/s/ Susan Davis*
Susan Davis
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
(212) 563-4100
sdavis@cwsny.com

*Attorney for Defendant*
*Associated Musicians of Greater New York,*
*Local 802, American Federation of*
*Musicians*