UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MATTHEW MUCKEY,

                Plaintiff,

   - against -

ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA,

                Defendants.

Civil Action No.
1:24-cv-03348 (AS)

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel appears as counsel on behalf of defendant ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS, is admitted in this Court, and files this Notice so as to receive e-mail notification through the ECF system of all future filings at osinger@cwsny.com and ecf@cwsny.com.

Dated: New York, New York
       May 7, 2024

Respectfully submitted,

*/s/ Olivia R. Singer*
Olivia R. Singer
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
(212) 563-4100
osinger@cwsny.com

*Attorney for Defendant*
*Associated Musicians of Greater New York,*
*Local 802, American Federation of*
*Musicians*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be served through the Court's electronic notification system on counsel for Plaintiff Matthew Muckey, and through first-class mail to the last known address of Defendant The Philharmonic-Symphony Society of New York, Inc. at:

> New York Philharmonic
> David Geffen Hall
> 10 Lincoln Center Plaza
> New York, NY 10023-6970

>> */s/ Olivia R. Singer*
>> Olivia R. Singer
>> COHEN, WEISS AND SIMON LLP
>> 909 Third Avenue, 12th Floor
>> New York, New York 10022-4869
>> (212) 563-4100
>> osinger@cwsny.com
>>
>> *Attorney for Defendant*
>> *Associated Musicians of Greater New York, Local 802, American Federation of Musicians*