UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
:
MATTHEW MUCKEY, :
:
               Plaintiff, :
                                 Case No.
             vs. :  1:24-cv-03348 (AS) (RWL)
:
ASSOCIATED MUSICIANS OF GREATER NEW :
YORK, LOCAL 802, AMERICAN FEDERATION :
OF MUSICIANS and THE PHILHARMONIC :
SYMPHONY SOCIETY OF NEW YORK, INC. :
a/k/a THE NEW YORK PHILHARMONIC :
ORCHESTRA, :
:
               Defendants. :
---------------------------------------------------------------- x

**STIPULATION ACCEPTING SERVICE AND ESTABLISHING DATE FOR RESPONSE**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Matthew Muckey ("Muckey") and the attorneys for the Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") as follows:

        1.    Local 802 accepts service and acknowledges receipt of the Summons and Complaint, filed by Muckey on May 1, 2024, and

        2.    The time for Local 802 to answer, move or otherwise respond to the Complaint is June 5, 2024.

Dated:  New York, NY
          May 6, 2024

COHEN, WEISS AND SIMON LLP                     McLAUGHLIN & STERN, LLP

*/s/*                                                                *Jacqueline C. Gerrald*
By: Susan Davis                                   By: Steven J. Hyman
Olivia R. Singer                                    Jacqueline C. Gerrald

| | |
|---|---|
| Cohen, Weiss and Simon LLP<br>909 Third Avenue, 12th Floor<br>New York, NY 10022<br>(212) 356-0205<br>sdavis@cwsny.com<br><br>*Attorneys for Defendant Local 802* | McLaughlin & Stern, LLP<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br>(212) 448-1100<br>shyman@mclaughlinstern.com<br>jgerrald@mclaughlinstern.com<br>*Attorneys for Plaintiff Matthew Muckey* |