UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATTHEW MUCKEY,

                Plaintiff,

-against-

ASSOCIATED MUSICIANS OF GREATER NEW YORK,
LOCAL 802, AMERICAN FEDERATION OF MUSICIANS
and THE PHILHARMONIC-SYMPHONY SOCIETY OF
NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC
ORCHESTRA,

                Defendants.
------------------------------------------------------------------X

Case No.:
1:24-cv-03348 (AS) (RWL)

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by, between, and among the undersigned attorneys for Matthew Muckey ("Plaintiff"), ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS ("Local 802") and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA (the "Society") (Local 802 and the Society collectively referred to herein as the "Defendants") as follows:

1. The Fourth Count of the complaint filed in the above-captioned action on May 1, 2024 (Doc. No. 1)(the "Complaint") as against Local 802 for *Prima Facie Tort* shall be voluntarily dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

2. The Sixth Count of the Complaint as against the Society for a Preliminary and Permanent Injunction shall be voluntarily dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

{N0738119.1}

3. The relief sought in the Sixth Count of the Complaint in the form of a Preliminary Injunction and Permanent Injunction shall be incorporated *nunc pro tunc* and deemed part of the relief sought in the Second Count of the Complaint as against the Society for Violation of the Final Binding Award and Breach of the Collective Bargaining Agreement; provided, however, that the Society expressly preserves and does not waive any and all defenses to the extent such relief is sought by Plaintiff.

Date: New York, New York
July 29, 2024

McLAUGHLIN & STERN, LLP

By: Steven J. Hyman, Esq.
Jacqueline C. Gerrald, Esq.
Paul H. Levinson, Esq.
260 Madison Avenue
New York, NY 10016
(212) 448-1100
shyman@mclaughlinstern.com
jgerrald@mclaughlinstern.com
plevinson@mclaughlinstern.com
*Attorneys for Plaintiff Matthew Muckey*

PROSKAUER ROSE LLP

By: Howard Z. Robbins, Esq.
Joshua S. Fox, Esq.
Eleven Times Square
New York, NY 10036
(212) 969-3000
jfox@proskauer.com
hrobbins@proskauer.com
*Attorneys for Defendant The Philharmonic-Symphony Society of New York, Inc.*

COHEN, WEISS AND SIMON LLP

By: Susan Davis, Esq.
Olivia R. Singer, Esq.
909 Third Avenue, 12th Floor
New York, NY 10022
(212) 356-0205
sdavis@cwsny.com
osinger@cwsny.com
*Attorneys for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians*

{N0738119.1}