UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MATTHEW MUCKEY,

                     Plaintiff,

      -against-

ASSOCIATED MUSICIANS OF GREATER NEW
YORK, LOCAL 802, AMERICAN FEDERATION OF
MUSICIANS and THE PHILHARMONIC-
SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a
THE NEW YORK PHILHARMONIC ORCHESTRA,

                     Defendants.
------------------------------------------------------------------------X

1:24-cv-03348-AS

[rel. 1:24-cv-03356-AS,
1:24-cv-03987-AS]

**ORAL ARGUMENT
REQUESTED**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law of Plaintiff Matthew Muckey ("Plaintiff") in Support of his Motion for Partial Summary Judgment, and the accompanying Declaration of Jacqueline C. Gerrald, Esq. and exhibits attached thereto, the Declaration of Matthew Muckey and exhibits attached thereto, and Local Rule 56.1 Statement, and upon all prior pleadings and proceedings had in this case, Plaintiff will move this Court, before the Honorable Arun Subramanian, at the United States District Court House, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting partial summary judgment against Defendants ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA (collectively "Defendants") on Counts I and II of Plaintiff's Complaint in their entirety, and for such other and further relief this Court deems just, proper and equitable.

Dated: New York, New York
July 29, 2024

Respectfully submitted,

*/s/ Steven J. Hyman*
Steven J. Hyman, Esq.
Jacqueline C. Gerrald, Esq.
Paul H. Levinson, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
Phone: (212) 448-1100
Fax: (212) 448-0066
E-mail: shyman@mclaughlinstern.com
E-mail: jgerrald@mclaughlinstern.com
E-mail: plevinson@mclaughlinstern.com
*Attorneys for Plaintiff Matthew Muckey*