UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MUCKEY,<br><br>                          Plaintiff,<br><br>-against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK INC,<br><br>                          Defendants. | 24-cv-3348 (AS)<br><br>ORDER |
| LIANG WANG,<br><br>                          Plaintiff,<br><br>-against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK INC,<br><br>                          Defendants. | 24-cv-3356 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **February 3, 2025**, plaintiffs shall file 1) a copy of the arbitration opinion and award referenced in the complaints and 2) a copy of the individual employment agreement between Wang and the New York Philharmonic. By the same date, the parties should file a joint letter of no more than three pages explaining what, if any, implications plaintiffs' November 2024 dismissal from the Philharmonic has on this case.

      SO ORDERED.

Dated: January 28, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge