# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

February 4, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Matthew Muckey v. Associated Musicians of Greater New York, et. al.*
      Case No. 1:24-cv-03348 (AS)(RWL) and

      *Liang Wang v. The Philharmonic-Symphony Society of New York, Inc. et al.*
      Case No. 1:24-cv-03356 (AS) (RWL)

Dear Judge Subramanian:

With the consent of all the parties in the above-referenced actions, plaintiffs write to request a further one-week extension of time (i.e., from the current deadline of February 10, 2025 to February 18, 2025) (i) to file the joint letter that the Court, on January 28, 2025, directed us to file (ECF. 75) and (ii) to have a good-faith discussion on resolution of these cases, as directed by the Court on January 31, 2025 (ECF 77). Additional time is required because of a family health emergency involving my father, who was hospitalized Sunday night. The parties are tentatively scheduled to have a further meet and confer on February 11, 2025.

This is Plaintiff's second request for an extension of time to file the joint letter and his first request for an extension of time for the good faith discussion. There are no scheduled appearances before the Court or any other existing deadlines.

Respectfully,

/s/ Alan S. Lewis

Alan S. Lewis

ASL:bp

cc: All Counsel of Record (Via ECF)

The request is GRANTED.

The Clerk of Court is directed to terminate the motion at Dkt. 84.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: February 5, 2025