UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MUCKEY,<br><br>                Plaintiff,<br><br>-against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC.,<br><br>                Defendants. | 24-cv-3348 (AS)<br><br>ORDER |
| LIANG WANG,<br><br>                Plaintiff,<br><br>-against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC.,<br><br>                Defendants. | 24-cv-3356 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated on the record at the February 28, 2025 hearing:

1. The Court will grant plaintiffs leave to file amended complaints. The amended complaints are due by **March 28, 2025**.

2. Plaintiff Liang Wang's prior motion to amend his complaint is DENIED as moot.

3. Defendants' pending motions to dismiss are DENIED as moot.

4. Plaintiff Matthew Muckey's pending motion for summary judgment and Wang's pending motion for partial summary judgment are DENIED.

5. The parties are ORDERED to meet and confer to discuss if there is any potential to settle these cases.

6. The Court will continue to stay discovery while it considers plaintiffs' amended complaints and any dispositive motions defendants may file.

The Clerk of Court is directed to terminate Dkts. 21, 24, 45 in Case no. 24-cv-3348 and Dkts. 19, 22, 36, and 56 in Case no. 24-cv-3356.

SO ORDERED.

Dated: March 4, 2025
    New York, New York

    ARUN SUBRAMANIAN
    United States District Judge