# CARTER LEDYARD MILBURN

**Karen E. Meara**
Partner
meara@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8757

March 18, 2025

*The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 89.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: March 18, 2025*

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:  *Liang Wang v. Associated Musicians of Greater New York, et. al.*
Case No. 1:24-cv-03356 (AS)(RWL) and

*Matthew Muckey v. The Philharmonic-Symphony Society of New York, Inc. et al.*
Case No. 1:24-cv-03348 (AS) (RWL)

Dear Judge Subramanian:

On behalf of Plaintiff Liang Wang and with the consent of all the parties in the above-referenced related cases, we write to request an extension, to April 10, 2025, of the Court's deadline for Plaintiffs to file amended pleadings. The current deadline is March 28, 2025. Additional time is requested because Mr. Lewis's father passed away yesterday.

This is Mr. Wang's first request for an extension of the date to file the amended pleadings. There are no scheduled appearances before the Court or any other existing deadlines.

Respectfully,

/s/ Karen E. Meara

Karen E. Meara

KEM: el

cc: All Counsel of Record (Via ECF)

11401280.1

Carter Ledyard & Milburn LLP / clm.com