AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Matthew Muckey

        Plaintiff (s),

V.

Associated Musicians of Greater New York, Local 802, American Federation of Musicians et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-03348 (AS)

Notice is hereby given that, subject to approval by the court, The Philharmonic-Symphony Society of New York, Inc. (Party (s) Name) substitutes

Natalie M. Georges (Name of New Attorney), State Bar No. 5011325 (NY) as counsel of record in

place of Howard Z. Robbins and Joshua S. Fox of Proskauer Rose, LLP (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Natalie M. Georges
    Address: 2222 Market Street, Philadelphia, PA 19103
    Telephone: 215-963-5000    Facsimile 215-963-5991
    E-Mail (Optional): natalie.georges@morganlewis.com

I consent to the above substitution.

Date: 05/13/2025

*[signature]* (Signature of Party (s))

I consent to being substituted.

Date: 5/13/25

*[signatures]* (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 05/13/2025

*[signature]* (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 15, 2025

*[signature]* Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Reset