# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| MATTHEW MUCKEY, | |
|---|---|
| Plaintiff, | Case No. 24-cv-03348-AS |
| v. | [rel. 1:24-cv-03356-AS, 1:24-cv-03987-AS] |
| THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC., AND ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS, | |
| Defendants. | |

**DEFENDANT THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC.'S CHART IDENTIFYING ELEMENTS NOT PLAUSIBLY ALLEGED IN PLAINTIFF'S COMPLAINT**

Pursuant to Section 8(G)(i) of the Judge's Individual Practices in Civil Cases, Defendant The Philharmonic-Symphony Society of New York, Inc. (the "Society") submits the following chart identifying the claim elements not plausibly pleaded, as supporting paper to its Motion to Dismiss Plaintiff's Amended Complaint. This chart does not address additional deficiencies raised in the Society's supporting Memorandum of Law, including federal preemption and exhaustion of administrative remedies.

| **Claim Against Society** | **Elements of Claim** | **Elements Not Plausibly Pleaded** |
|---|---|---|
| <u>Count 2</u><br><br>Violation of § 301 of the LMRA, 28 U.S.C. § 185, Breach of the Collective Bargaining Agreement<br><br>(FAC ¶¶ 250–73) | 1. Employer breached the collective bargaining agreement;<br>2. Union violated its duty of fair representation through arbitrary, discriminatory, or bad-faith conduct; and<br>3. Causal connection between union's misconduct and plaintiff's injury. | All elements. |

| **Claim Against Society** | **Elements of Claim** | **Elements Not Plausibly Pleaded** |
|---|---|---|
| <u>Count 4</u><br><br>Violation of Title VII of the Civil Rights Act of 1964, 28 U.S.C. § 2000e-2, Sex Discrimination<br><br>(FAC ¶¶ 274–93) | 1. Plaintiff was a member of a protected class;<br><br>2. Plaintiff was qualified for the job;<br><br>3. Plaintiff suffered an adverse employment action; and<br><br>4. The adverse employment action occurred under circumstances giving rise to an inference of discrimination. | Element 4. |
| <u>Count 6</u><br><br>Violation of the New York State Human Rights Law, N.Y.S. Executive Law § 296, Sex Discrimination<br><br>(FAC ¶¶ 303–14) | 1. Plaintiff is a member of a protected class;<br><br>2. Plaintiff was qualified to hold the position;<br><br>3. Plaintiff was subject to an unfavorable change or treated less well than other employees; and<br><br>4. The unfavorable change or different treatment occurred under circumstances giving rise to an inference of discrimination. | Element 4. |
| <u>Count 8</u><br><br>Violation of the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107, Gender Discrimination<br><br>(FAC ¶¶ 324–35) | 1. Plaintiff is a member of a protected class;<br><br>2. Plaintiff was qualified to hold the position;<br><br>3. Plaintiff was subject to an unfavorable change or treated less well than other employees; and<br><br>4. The unfavorable change or different treatment occurred under circumstances giving rise to an inference of discrimination. | Element 4. |

Dated: June 9, 2025

Respectfully submitted,

*/s/ Ashley R. Lynam*

Ashley R. Lynam
(NY Bar No. 5701404) (admitted *pro hac vice*)
Jacob Sand (admitted *pro hac vice*)
Natalie Georges (NY Bar No. 5011325)

Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: 215.963.5000 | F: 215.963.5001
ashley.lynam@morganlewis.com
jacob.sand@morganlewis.com
natalie.georges@morganlewis.com

Geneva Ramirez (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chciago, Illinois 60606
T: 312.324.1000 | F: 312.324.1001
geneva.ramirez@morganlewis.com

*Attorneys for The Philharmonic-Symphony Society of New York, Inc.*