# Exhibit E

NY PHIL

Jaap van Zweden
Music Director

Peter W. May and Oscar L. Tang
Co-Chairmen

Gary Ginstling
President and CEO

AGREEMENT WITH INDIVIDUAL MEMBER FOR 2023-24 SEASON
September 18, 2023 through September 15, 2024

AGREEMENT by and between:

MATTHEW MUCKEY

hereinafter called "Musician", and the Philharmonic-Symphony Society of New York, Inc. hereinafter called "Society";

I. Society employs Musician and Musician agrees to be employed as:

ASSOCIATE PRINCIPAL AND THIRD TRUMPET*

with the orchestra of Society during the 2023-24 Season subject to the following conditions:

a) Musician agrees and warrants that he will continue throughout the term of this agreement to be a member in good standing of Local 802, A.F. of M.

b) Musician agrees to be bound by the terms and conditions of employment as set forth in the Basic Trade Agreement between Associated Musicians of Greater New York, Local 802, A.F. of M. and the Society for the 2023-24 Season.

II. During the 2023-24 Season, Society agrees to pay Musician a weekly salary for services performed in accordance with the aforementioned Basic Trade Agreement, without any additional remuneration for any solos which may be performed by Musician, except for solo concerto appearances, said salary to be the following September 18, 2023 – September 15, 2024:

$4,206.66
REPRESENTING THE SUM OF $2,952 MINIMUM SCALE, $1,080.00 OVERSCALE, $174.66 LONGEVITY
*IN ACCORDANCE WITH LETTER OF AGREEMENT DATED NOVEMBER 18, 2008.

This Agreement, when signed below by all parties, will be binding upon Society and Musician for 2023-24 Season.

MUSICIAN: _____ 11/24/2023
Matthew Muckey                              Date

SOCIETY: _____ 9/12/2023
Gary Ginstling, President and CEO           Date

COUNTERSIGNED: _____ 9/12/2023
DeAnne Eisch, Orchestra Personnel Manager   Date

David Geffen Hall    10 Lincoln Center Plaza    New York, NY 10023    212.875.5656 T    NYPHIL.ORG



**Jaap van Zweden**
*Music Director*

**Peter W. May and Oscar L. Tang**
*Co-Chairmen*

**Deborah Borda**
*Linda and Mitch Hart President and CEO*

AGREEMENT WITH INDIVIDUAL MEMBER FOR 2022-23 SEASON
September 19, 2022 through September 17, 2023

AGREEMENT by and between:

MATTHEW MUCKEY

hereinafter called "Musician", and the Philharmonic-Symphony Society of New York, Inc. hereinafter called "Society";

I. Society employs Musician and Musician agrees to be employed as:

ASSOCIATE PRINCIPAL AND THIRD TRUMPET*

with the orchestra of Society during the 2022-23 Season subject to the following conditions:

a) Musician agrees and warrants that they will continue throughout the term of this agreement to be a member in good standing of Local 802, A.F. of M.

b) Musician agrees to be bound by the terms and conditions of employment as set forth in the Basic Trade Agreement between Associated Musicians of Greater New York, Local 802, A.F. of M. and the Society for the 2022-23 Season.

II. During the 2022-23 Season, Society agrees to pay Musician a weekly salary for services performed in accordance with the aforementioned Basic Trade Agreement, without any additional remuneration for any solos which may be performed by Musician, except for solo concerto appearances, said salary to be the following September 19, 2022 – September 17, 2023:

$4206.66
REPRESENTING THE SUM OF $2,952 MINIMUM SCALE, $1,080.00 OVERSCALE, $174.66 LONGEVITY
*IN ACCORDANCE WITH LETTER OF AGREEMENT DATED NOVEMBER 18, 2008.

This Agreement, when signed below by all parties, will be binding upon Society and Musician for 2022-23 Season.

MUSICIAN: _____  Date _____
Matthew Muckey

SOCIETY: _____  7/15/2022
Isaac Thompson, Managing Director  Date

COUNTERSIGNED: _____  7/15/2022
DeAnne Eisch, Orchestra Personnel Manager  Date



November 18, 2008

Matthew Muckey
341 West 71st Street, Apt. 3
New York, NY 10023

Dear Matthew,

This letter will constitute the entire agreement between you and the Philharmonic-Symphony Society of New York, Inc. (Society) with regard to your services as Third and Associate Principal Trumpet of the New York Philharmonic for the 2007/08 season (retroactive to granting of tenure) through the 2011/12 season and shall supersede all previous agreements.

Your salary shall be the applicable minimum scale for members of the Orchestra plus the following weekly overscale. All other services (i.e. extra rehearsals, chamber music, media, overtime, seniority, auditions, etc.) shall be paid at the applicable minimum scale for members of the Orchestra. Doubling will not be paid for rotary trumpet.

    2007/08   Minimum scale plus $900 (retroactive to granting of tenure)
    2008/09   Minimum scale plus $950
    2009/10   Minimum scale plus $1,000
    2010/11   Minimum scale plus $1,040
    2011/12   Minimum scale plus $1,080

It is specifically understood that all applicable terms and conditions of the Society's Master Agreement with the Associated Musicians of Greater New York, Inc., Local 802, American Federation of Musicians shall apply and that the terms of this agreement are to be kept strictly confidential.

To signify your agreement with the foregoing, please sign both copies of this letter agreement and return a fully executed copy to me for our files.

On behalf of Lorin Maazel and the New York Philharmonic, we look forward to your continued association as a most valued member of this wonderful orchestra.

Sincerely,

With all best wishes,    AGREED: *[signed]* Matthew Muckey

*[signed]* Zarin Mehta    DATE: 11/19/08

cc Carl Schiebler, Miki Takebe

**Zarin Mehta**
President and Executive Director

**Lorin Maazel**
Music Director

**Paul B. Guenther**
Chairman

**Zarin Mehta**
President and Executive Director

Avery Fisher Hall
10 Lincoln Center Plaza
New York, NY 10023-6970
(212) 875-5900
(212) 875-5716 FAX
nyphil.org