# Exhibit G

[(Https://Web.Archive.Org/Web/20240614023709/Https://Www.Nyphil.Org/Concerts-Tickets/)](Https://Web.Archive.Org/Web/20240614023709/Https://Www.Nyphil.Org/Concerts-Tickets/)

[(https://web.archive.org/web/20240614023709/https://www.nyphil.org/)](https://web.archive.org/web/20240614023709/https://www.nyphil.org/)

# Workplace Investigation

The New York Philharmonic is taking a number of steps to ensure a safe and respectful environment for all those who work for the Philharmonic, as well as for those who work with our organization. As part of these ongoing efforts, we have retained Tracey Levy, an attorney who specializes in conducting investigations, to receive and investigate allegations of sexual harassment or otherwise inappropriate conduct by musicians or other current employees of the Philharmonic. We recognize that people both within and outside the Philharmonic may have relevant information, and so we are providing contact information for Ms. Levy, below, in the hope that such individuals will assist us in making sure that inappropriate conduct is uncovered and addressed.

If you have information regarding such conduct, we encourage you to contact Ms. Levy at [(914) 338-8023 (https://web.archive.org/web/20240614023709/tel:+9143388023)](https://web.archive.org/web/20240614023709/tel:+9143388023) or [tlevy@levyemploymentlaw.com (https://web.archive.org/web/20240614023709/mailto:tlevy@levyemploymentlaw.com)](https://web.archive.org/web/20240614023709/mailto:tlevy@levyemploymentlaw.com). We understand that the decision to come forward is a deeply personal one. Please know that the identity of anyone who shares information with Ms. Levy will be treated as strictly confidential.

### CONTACT US

David Geffen Hall
10 Lincoln Center Plaza
New York, NY 10023-6970

[(212) 875-5656 (https://web.archive.org/web/20240614023709/tel:<p>(212) 875-5656</p>)](https://web.archive.org/web/20240614023709/tel:<p>(212) 875-5656</p>)

- Event Calendar (https://web.archive.org/web/20240614023709/https://www.nyphil.org/concerts-tickets/)
- Membership (https://web.archive.org/web/20240614023709/https://www.nyphil.org/support-us/membership/)
- Learning Resources (https://web.archive.org/web/20240614023709/https://www.nyphil.org/education/learning-resources/)
- (https://web.archive.org/web/20240614023709/https://www.nyphil.org/explore-more/blog/)
- (https://web.archive.org/web/20240614023709/https://shop.nyphil.org/)

- Newsletters (https://web.archive.org/web/20240614023709/https://www.nyphil.org…)
- Contact Us (https://web.archive.org/web/20240614023709/https://www.nyphil.org/about-us/general-information/)
- Careers (https://web.archive.org/web/20240614023709/https://www.nyphil.org/about-us/careers/)
- Culture at NY Phil (https://web.archive.org/web/20240614023709/https://www.nyphil…)
- Accessibility (https://web.archive.org/web/20240614023709/https://www.nyphil.org/concerts-tickets/david-geffen-hall/accessibility/)

Copyright © 2011-2024 New York Philharmonic

The New York Philharmonic is a 501(c)(3) non-profit organization | EIN: 13-1664054

Terms of Use (https://web.archive.org/web/20240614023709/https://www.nyphil.org/information/terms-of-use/) | Privacy Policy (https://web.archive.org/web/20240614023709/https://www.nyphil.org/information/privacy-policy/)