UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MUCKEY,<br><br>               Plaintiff,<br><br>    v.<br><br>THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC., AND ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS,<br><br>               Defendants. | Case No. 24-cv-03348-AS<br><br>[rel. 1:24-cv-03356-AS, 1:24-cv-03987-AS] |

**[PROPOSED] ORDER GRANTING DEFENDANT THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**AND NOW,** this __ day of _____ 2025, upon consideration of Defendant The Philharmonic-Symphony Society of New York, Inc.'s Motion to Dismiss Counts II, IV, VI, and VIII of Plaintiff's First Amended Complaint ("Motion") and all memoranda of law and accompanying declarations in support, opposition, and reply thereto, it is hereby **ORDERED** that The Philharmonic Symphony Society of New York, Inc.'s Motion is **GRANTED** and Counts II, IV, VI, and VIII of the Amended Complaint are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that The Philharmonic Symphony Society of New York, Inc. is **DISMISSED WITH PREJUDICE** from the above-captioned action. **IT IS SO ORDERED.**

Dated: _____, 2025

                                                                           Honorable Arun Subramanian
                                                                           United States District Judge