UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MUCKEY,<br><br>     Plaintiff,<br><br>  -against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION of MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA,<br><br>     Defendants. | 24-cv-3348 (AS)<br><br><br>ORDER |
| LIANG WANG,<br><br>     Plaintiff,<br><br>  -against-<br><br>THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. and ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS,<br><br>     Defendants. | 24-cv-3356 (AS)<br><br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a remote conference to address the pending motions to dismiss on **Wednesday, March 25, 2026, at 4:30 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **381 606 673**, followed by the pound (#) sign.

SO ORDERED.

Dated: March 24, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge