UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MUCKEY,<br><br>               Plaintiff,<br><br>     -against-<br><br>ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION of MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA,<br><br>               Defendants. | 24-cv-3348 (AS)<br><br><br>ORDER |
| LIANG WANG,<br><br>               Plaintiff,<br><br>     -against-<br><br>THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. and ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS,<br><br>               Defendants. | 24-cv-3356 (AS)<br><br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at the Court's March 25, 2026 conference, defendants' motions to dismiss are DENIED. The parties shall meet and confer and submit a case management plan for these cases by **April 15, 2026**. By that date, the parties should also notify the Court whether they are open to mediation.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 99 and 103 in 24-cv-3348 and Dkts. 105 and 109 in 24-cv-3356.

SO ORDERED.

Dated: March 26, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge