

**Olivia R. Singer**
o  212-356-0206
f  646.473.8206
osinger@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4731

April 8, 2026

<u>Via Electronic Case Filing</u>

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY, 10007

> Re:  *Muckey v. The Philharmonic-Symphony Society of New York, Inc. et al*
> <u>Case No. 1:24-cv-03348 (AS) (RWL) [Rel: Case No. 1:24-cv-03356 (AS)</u>
> <u>(RWL)]</u>

Dear Judge Subramanian:

This firm is counsel to Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") in the above-referenced matter.  We write to amend our request for an extension of the deadline to file an answer to Plaintiff Matthew Muckey's Amended Complaint, Docket No. 85.  Since filing our original request, Docket No. 120, Plaintiff has informed us that he consents to a one-week extension.  Local 802 thus requests a one-week extension of its deadline to file an answer, currently due April 8, 2026, to April 15, 2026.

As explained in Docket No. 120, in light of competing litigation demands, counsel for Local 802 requests additional time to respond to the Amended Complaint, which contains 335 paragraphs.  Counsel for Local 802 apologizes for making this request insufficiently in advance of the answer deadline.  Due to an inadvertent oversight, we did not initially account for the 14-day filing requirement following the Court's denial of our motion to dismiss.  This is Local 802's first request for an extension of the deadline to file its answer, and the requested extension will not affect any other existing deadlines in the case.  Contemporaneously with this request, Local 802 will file an identical request in the related case *Liang Wang v. The Philharmonic-Symphony Society of New York, Inc. et al*, Case No. 1:24-cv-03356 (AS) (RWL).

We thank the Court for its consideration of this request.



Page 2

Respectfully submitted,

*/s/ Olivia R. Singer*

Olivia R. Singer

CC:    All Counsel of Record (via ECF)

GRANTED. Local 802's answer is now due April 15, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkts. 120 and 121.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 8, 2026