

**Susan Davis, Partner**
Tel:   212.356.0207
Fax:   646.473.8207
Cell:  917.282.5040
sdavis@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4869

April 15, 2026

Via Electronic Case Filing

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> Re:   *Wang v. The Philharmonic-Symphony Society of New York, Inc. et al*, Case
> No. 1:24-cv-03356 (AS); *Muckey v. Associated Musicians of Greater New*
> *York, Local 802*, et al., Case No. 1:24-cv-03348 (AS)

Dear Judge Subramanian:

This firm represents Defendant Association of Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") in the above-referenced matters. Pursuant to Your Honor's March 23, 2026 Order [Dkt. No. 117], I write to present Local 802's position regarding mediation.

Local 802 is in favor of mediation and believes that it is in the best interests of all parties to attempt to resolve this dispute. To that end, it has made repeated good-faith suggestions to establish a workable mediation framework, all of which have been rejected by Plaintiffs.

To preserve resources and enhance the possibility of reaching an amicable resolution, Local 802 initially proposed that the parties proceed to mediation before Magistrate Judge Lehrburger but not conduct discovery while they were attempting to resolve their dispute. When Plaintiffs rejected this proposal, Local 802 suggested that discovery begin three weeks following the conclusion of an unsuccessful mediation. After Plaintiffs' counsel rejected that proposal as well, Local 802 agreed that mediation and discovery could proceed simultaneously.

During a recent call, Plaintiffs' counsel asked the NY Philharmonic to halt all auditions to fill Plaintiffs' former positions. These auditions, which have been well underway for months, are being conducted in accordance with a detailed multi-step process outlined in the parties' collective bargaining agreement. Until yesterday, Plaintiffs' counsel *never* identified this issue as a condition precedent for mediation.



April 15, 2026
Page 2


       For the first time, Plaintiffs' counsel state that they will not proceed to mediation unless the Philharmonic aborts the contractually mandated audition process.  This new demand would preemptively secure the ultimate relief that Plaintiffs seek in these cases.  Given that auditions have been ongoing for months and are nearing conclusion, Local 802, as a signatory to the collective bargaining agreement, will not agree to this demand.

       Local 802 has repeatedly attempted to facilitate a process to resolve this dispute and remains willing to participate in mediation under reasonable conditions.


                      Respectfully submitted,

                      */s/ Susan Davis*

                      Susan Davis


CC:   All Counsel of Record (via ECF)