# McLaughlin & Stern, LLP

**Founded 1898**

**Steven J. Hyman**
Partner
shyman@mclaughlinstern.com
Direct Phone: (212) 448-6228

260 Madison Avenue
New York, New York 10016
(212) 448-1100
Fax (212) 448-0066
www.mclaughlinstern.com

Garden City, New York
Millbrook, New York
Westport, Connecticut
Jupiter, Florida
Naples, Florida
Sarasota, Florida
West Palm Beach, Florida
Westfield, New Jersey
San Francisco, California

April 20, 2026

**Via Electronic Case Filing**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> Re:    *Matthew Muckey v. Associated Musicians of Greater New York,*
> *Local 802 American Federation of Musicians, et al.*
> No. 1:24-cv-03348 (AS); and *Liang Wang v. The Philharmonic-*
> *Symphony Society of New York, Inc., et al.,*
> Case No. 1:24-24-cv-03356 (AS)

Dear Judge Subramanian:

We write on behalf of both plaintiffs in response to a letter-motion filed in each of the above-referenced actions (Doc. No. 130 and Doc. No. 134, respectively) by defendant The Philharmonic-Symphony Society of New York, Inc. (the "Philharmonic"), which is both inappropriate and inaccurate.

First, we do not believe this Court wants to, or should, be involved in the negotiations and discussions between the parties as to whether mediation at this time will be useful in resolving these cases. It appears that plaintiffs and defendants are at loggerheads as to certain fundamental issues involving plaintiffs' return to the orchestra, which, we submit, a court-ordered mediation at this time will not resolve.

Second, the Philharmonic's letter is patently inaccurate. Plaintiffs have made clear to this Court, the defendants, and the public that this case, in the first instance, is not just about money, but rather it is also about position and reputation in the classical music community. As was discussed in the recent telephonic court conference, our clients' careers have been destroyed by what the Philharmonic and the Associated Musicians of Greater New York, Local 802 American

# MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP

Honorable Judge Arun Subramanian
United States District Court
April 20, 2026
Page 2

Federation of Musicians (the "Union") have done, and it is our primary goal to reinstate them to their rightful positions with the Philharmonic, either by settlement or court order. Contrary to the Philharmonic's contention, contemporaneous notes confirm that this very demand was explicitly articulated in the discussions between the parties about mediation.

The request not to fill the positions came about because of the fortuitous timing of the proposed mediation and the status of plaintiffs' positions at the Philharmonic. We have learned that at this very moment, the Philharmonic is in the process of formally filling plaintiff Matthew Muckey's position as Associate Principal and Third Trumpet, and plaintiff Liang Wang's position as Principal Oboe.

All plaintiffs asked is that, pending the mediation, these positions not be filled, thereby leaving the restoration of plaintiffs to their positions as a potential remedy in the mediation. If the Philharmonic is not willing to make this short-term and limited accommodation, we believe mediation at this juncture of the proceedings will be futile.

We regret that the Court has been burdened with this exchange of letters, and we believe the case should proceed according to the Civil Case Management Plan and Scheduling Order in the above-referenced actions (Doc. No. 129 and Doc. No.133, respectively).

Respectfully,

Steven J. Hyman