# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**JACQUELINE C. GERRALD**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
JUPITER, FLORIDA
NAPLES, FLORIDA
SARASOTA, FLORIDA
WEST PALM BEACH, FLORIDA
WESTFIELD, NEW JERSEY
SAN FRANCISCO, CALIFORNIA

April 27, 2026

**Via Electronic Case Filing**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Matthew Muckey v. Associated Musicians of Greater New York,*
       *Local 802 American Federation of Musicians, et al.*
       Case No. 1:24-cv-03348 (AS); and
       *Liang Wang v. The Philharmonic- Symphony Society of New York, Inc.,*
       *et al.,* Case No. 1:24-24-cv-03356 (AS)

Dear Judge Subramanian:

On behalf of the plaintiffs and defendants in the above-referenced actions, we apprise the Court that the parties have agreed to participate in a joint mediation session with a Magistrate Judge. The parties likewise agree that the Court's case management plan orders shall remain in effect (Doc. Nos. 129 and 133).

Based upon the foregoing, we respectfully request that this Court refer the matter to a Magistrate Judge for mediation.

Respectfully submitted,

McLaughlin & Stern, LLP

By:        *Jacqueline C. Gerrald*
Jacqueline C. Gerrald

cc:    *Via Electronic Case Filing*
       All counsel of record

4921-2961-6801, v. 4