**MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP**
Fᴏᴜɴᴅᴇᴅ 1898

Gᴀʀᴅᴇɴ Cɪᴛʏ, Nᴇᴡ Yᴏʀᴋ
Mɪʟʟʙʀᴏᴏᴋ, Nᴇᴡ Yᴏʀᴋ
Wᴇsᴛᴘᴏʀᴛ, Cᴏɴɴᴇᴄᴛɪᴄᴜᴛ
Jᴜᴘɪᴛᴇʀ, Fʟᴏʀɪᴅᴀ
Nᴀᴘʟᴇs, Fʟᴏʀɪᴅᴀ
Sᴀʀᴀsᴏᴛᴀ, Fʟᴏʀɪᴅᴀ
Wᴇsᴛ Pᴀʟᴍ Bᴇᴀᴄʜ, Fʟᴏʀɪᴅᴀ
Wᴇsᴛғɪᴇʟᴅ, Nᴇᴡ Jᴇʀsᴇʏ
Sᴀɴ Fʀᴀɴᴄɪsᴄᴏ, Cᴀʟɪғᴏʀɴɪᴀ

**Jᴀᴄǫᴜᴇʟɪɴᴇ C. Gᴇʀʀᴀʟᴅ**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 Mᴀᴅɪsᴏɴ Aᴠᴇɴᴜᴇ
Nᴇᴡ Yᴏʀᴋ, Nᴇᴡ Yᴏʀᴋ 10016
(212) 448–1100
Fᴀx  (212) 448–0066
www.mclaughlinstern.com

April 30, 2026

**Via Electronic Case Filing**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re:    *Matthew Muckey v. Associated Musicians of Greater New York,*
          *Local 802 American Federation of Musicians, et al.*
          Case No. 1:24-cv-03348 (AS); and,

          *Liang Wang v. The Philharmonic- Symphony Society of New York, Inc.,*
          *et al.,* Case No. 1:24-24-cv-03356 (AS)

Dear Judge Subramanian:

    We write this joint letter on behalf of the Plaintiffs and Defendants in the above-referenced actions, to respectfully request that this Court modify its recent Orders referring the actions to the court-annexed mediation program (Doc. Nos. 134 and 137, respectively) by, instead, referring the actions to a Magistrate Judge for mediation.

    By way of background, during a telephonic court conference held on March 25, 2026, Your Honor suggested mediation to the parties, adding that, "[a]nd I'm happy to refer the parties to a mediation session with the magistrate judge assigned to this case, where they can see if there's a way to resolve it." (Doc. Nos. 118). Thereafter, the parties met and conferred and ultimately agreed to attend a mediation session before a Magistrate Judge.

    On April 27, 2026, joint letters were filed with the Court requesting that the Court refer the actions to mediation before a Magistrate Judge (Doc. Nos. 133 and 136, respectively). However, the orders referred the actions to the court-annexed mediation program (Doc. Nos. 134 and 137, respectively).

Based upon the foregoing, the parties respectively renew their request for orders referring the actions to mediation before Magistrate Judge Robert W. Lehrburger or such other Magistrate Judge as the Court may designate for mediation.

Respectfully submitted,

McLaughlin & Stern, LLP

By:     *Jacqueline C. Gerrald*
        Jacqueline C. Gerrald

cc:    *Via Electronic Case Filing*
       All counsel of record

2