UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MATTHEW MUCKEY,                                  :
                                                 :
                        Plaintiff,               :
                                                 :
        - against -                              :    Civil Action No.
                                                 :    1:24-cv-03348 (AS)
ASSOCIATED MUSICIANS OF GREATER NEW              :
YORK, LOCAL 802, AMERICAN FEDERATION OF          :    [rel. 1:24-cv-03356 (AS)]
MUSICIANS and THE PHILHARMONIC-                  :
SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a         :
THE NEW YORK PHILHARMONIC ORCHESTRA,             :
                        Defendants.              :
------------------------------------------------------------------- x

## MOTION TO WITHDRAW AS COUNSEL AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, Susan Davis,

one of the attorneys for Defendant Associated Musicians of Greater New York, Local 802,

American Federation of Musicians ("Local 802") in the above-captioned action, hereby moves

for leave to withdraw as counsel and requests removal from the CM/ECF electronic notification

service.  Local 802 will continue to be represented by attorneys at Cohen, Weiss and Simon LLP,

including Bruce S. Levine, Olivia R. Singer and Kayla Morin, all of whom have entered notices

of appearance in this case.

Dated:  New York, New York
        June 4, 2026

                                   Respectfully submitted,

                                   */s/ Susan Davis*
                                   Susan Davis
                                   COHEN, WEISS AND SIMON LLP
                                   909 Third Avenue, 12th Floor
                                   New York, New York 10022-4731
                                   (212) 356-0207
                                   sdavis@cwsny.com

                                   *Attorney for Defendant Associated Musicians*
                                   *of Greater New York, Local 802, American*
                                   *Federation of Musicians*

15026898.1