UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MATTHEW MUCKEY,

                 Plaintiff,

       - against -

ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA,

               Defendants.

------------------------------------------------------------------- x

Civil Action No.
1:24-cv-03348 (AS)

[rel. 1:24-cv-03356 (AS)]

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LISTS

      PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kayla Morin, one of the attorneys for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") in the above-captioned action, hereby moves for leave to withdraw as counsel and requests removal from the CM/ECF electronic notification service.  Local 802 will continue to be represented by attorneys at Cohen, Weiss and Simon LLP, including Bruce S. Levine, Olivia R. Singer, and Megan Stater Shaw, all of whom have entered notices of appearance in this case.

Dated: New York, New York
       August 3, 2026

Respectfully submitted,

*/s/ Kayla Morin*
_____
Kayla Morin
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4731
(212) 356-0257
kmorin@cwsny.com

*Attorney for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians*

Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Morin as counsel in both cases, and to terminate the motions at Dkt. 151 in 24cv3348 and Dkt. 161 in 24cv3356.

SO ORDERED.

Arun Subramanian, U.S.D.J
Dated: August 4, 2026